UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LOVE BUTTON, LLC,
as Assignee of Jerry J. Fielding, Jr.,

    Plaintiff,

v.                                            Case No. 11-14456

NORKATECH, INC. a Delaware Corporation,
dba NORKATECH CONSULTING and
BEN AYED, Individually, Jointly and Severally,

    Defendants.

---/

**DEFAULT MONEY JUDGMENT AS TO ALL DEFENDANTS AND
ORDER REQUIRING DELIVERY OF SOURCE CODE INFORMATION**

    This matter is before the court on Plaintiff's "Motion for Entry of Default Judgment" in favor of Plaintiff, and against Defendants, NORKATECH, INC., a Delaware Corporation d/b/a NORKATECH CONSULTING, and BEN AYED, jointly and severally, pursuant to Fed.R.Civ.P.55(b)(1).  The court notes the Clerk's Entry of Default against Defendant, NorkaTech, was entered on December 9, 2011 [Dkt. # 12] and against Defendant, Ben Ayed, an individual, on January 17, 2012 [Dkt. # 16], as well as the representations in Plaintiff's motion, and finds good cause for entry of this Order and is otherwise fully advised in the premises;

    IT IS ORDERED AND ADJUDGED THAT:

1.    Plaintiff's Motion for entry of default judgment is hereby granted in all respects;

2.    Plaintiff, Love Button, LLC, shall have judgment in its favor and against Defendants, NORKATECH, INC., a Delaware Corporation d/b/a NORKATECH CONSULTING, and BEN AYED, individually, all jointly and severally in the amount of $

92,750.00, plus costs in the amount of $350.00, for a total money judgment of $93,100.00.

3. Defendants NORKATECH, INC., a Delaware Corporation d/b/a NORKATECH CONSULTING, and BEN AYED, jointly and severally, shall immediately deliver all source code information for the "Flirter Device" to Plaintiff.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: March 26, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 26, 2012, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522